United States District Court
Southern District of Texas
**ENTERED**
January 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LANCE ROYALL, | § | |
| Plaintiff, | § § | |
| VS. | § | 3:19-CV-92 |
| ENTERPRISE PRODUCTS COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 1, 2020, the defendant's motion for summary judgment (Dkt. 27) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 36. On January 5, 2021, Judge Edison filed a memorandum and recommendation (Dkt. 68) recommending that the defendant's motion for summary judgment be granted.

On January 13, 2021, the plaintiffs filed their objections. *See* Dkt. 69. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; see also FED. R. CIV. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the briefing, and the record. The court **ACCEPTS** Judge

Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the court. It is therefore **ORDERED** that:

(1) Judge Edison's memorandum and recommendation (Dkt. 68) is approved and adopted in its entirety as the holding of the court;

(2) Defendant's motion for summary judgment (Dkt. 27) is granted.

Signed on Galveston Island on the 26th day of January, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE